UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

WESLEY J. CRAWFORD,

      Plaintiff,

v.               **ORDER**
                 Civil File No. 12-799 (MJD/JJG)

SCOTT P. FISHER,

      Defendant.

Wesley J. Crawford, pro se.

Steven L. Schleicher, Assistant United States Attorney, Counsel for Defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeanne J. Graham dated May 11, 2012. [Docket No. 4.] Plaintiff Wesley J. Crawford filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). After a review of the filings in this case and the relevant law, the Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Graham dated May 11, 2012.

1

For the reasons stated in the Magistrate Judge's thorough Report and Recommendation, the Court concludes that it lacks jurisdiction in this case. The Court further agrees that Petitioner's successive petitions have become an unacceptable burden on the Court. If Petitioner files another impermissible petition, the Court will designate him as a "restricted filer," and he will be barred from filing future actions without pre-approval from the Court.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** Magistrate Judge Jeanne J. Graham's Report and Recommendation dated May 11, 2012 [Docket No. 4];

2. Petitioner's application for leave to proceed in forma pauperis [Docket No. 2] is **DENIED**;

3. Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 [Docket No. 1] is summarily **DISMISSED** for lack of jurisdiction; and

4. Petitioner is on notice that he will be classified as a "restricted filer" in this District if he files another impermissible petition.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  July 13, 2012                s/ Michael J. Davis
                                     Michael J. Davis
                                     Chief Judge
                                     United States District Court